IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

FRANK TERIET, SHEILA TERIET,
INTEGRA BANK NATIONAL
ASSOCIATION, LYLE D. PAHNKE, JR.,
COMMUNITY TRUST BANK, and USA,

    Defendants.

Case No. 11-cv-721-JPG

## RULE 54(B) JUDGMENT

This matter having come before the Court, the Court having resolved one claim and having found no just reason to delay entry of judgment as to that claim,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of plaintiff JPMorgan Chase Bank, N.A. and against defendant USA.

The Court further declares that the USA has a valid and subsisting lien junior only to the following liens:

1. JPMorgan Chase Bank, N.A., by virtue of a mortgage executed by Frank E. Teriet & Sheila K. Teriet, dated 05/18/2001 recorded/registered 06/4/2001 in the Office of the Recorder/Registrar of Deeds JEFFERSON County, Illinois, as document no. 200104249, to secure a note in the principal sum of $160,000.00.

2. Integra Bank National Association , by virtue of a mortgage executed by Frank E. Teriet & Sheila Teriet, dated 08/20/2001 recorded/registered 09/11/2001 in the Office of the Recorder/Registrar of Deeds JEFFERSON County, Illinois, as document no. 200106888, to secure a note in the principal sum of $ 44,400.00.

3. Lyle D. Pahnke, Jr. MD. , by virtue of Memorandum of Judgment against Frank Teriet, rendered in Case No. 08 LM 68, in the Circuit Court of Clinton County, IL, and recorded in the Office of the Recorder of Deeds of Jefferson County IL on 11/06/2008, as Document No. 200806855, in the sum of $39,510.36.

4. Community Trust Bank , by virtue of Memorandum of Judgment against Frank Teriet, rendered in Case No. 2009 sc 423, in the Circuit Court of MARION County, IL, and recorded in the Office of the Recorder of Deeds of Jefferson County IL on 08/20/2009, as Document No. 200906893, in the sum of $6,117.32.

The remainder of this case has been remanded to the Circuit Court for the Second Judicial Circuit in Jefferson County, Illinois.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans/Deputy Clerk**

**IT IS SO ORDERED.**
**Dated:** September 17, 2012


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**